IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 99-30473
Summary Calendar

———————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES CHARLIE STANLEY, JR.,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 98-CR-106-1
--------------------
January 4, 2000

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

James Charlie Stanley, Jr., appeals his jury-trial conviction for interference with commerce by robbery. Stanley makes interrelated arguments that the evidence was insufficient to prove beyond a reasonable doubt that the robbery affected interstate commerce and that the Hobbs Act is unconstitutional as applied to his case because the robbery had only a *de minimis* effect upon interstate commerce. Stanley's arguments are foreclosed by prior decisions of this court. See United States v. Jennings, ___ F.3d ___, 1999 WL 1021244 at *5 (5th Cir. Nov.

———————————————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

10, 1999, No. 98-20437); <u>United States v. Robinson</u>, 119 F.3d 1205 (5th Cir. 1997), <u>cert. denied</u>, 118 S. Ct. 1104 (1998).

AFFIRMED.